FILED
10/16/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# PETITION UNDER 28 U.S.C. 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

[This form is for State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or Federal conviction, you need a different form.]

| Name (under which you were convicted): **Brant Davis** | Case No. [For a new case in this court, leave blank. The court will assign a case number.] **1:23-cv-01861-JPH-MKK** |
|---|---|
| Place of Confinement: **N.C.C.F.** | Earliest possible Release Date: **09/2032** |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>Neatly</u> print in ink (or type) your answers.]

1. NAME OF FACILITY HOLDING THE HEARING: **New Castle Correctional Facility**
   Date of hearing **08/24/23**. Case number: **NCF23-08-000804**
   Offense: **Sexual Conduct (B-216)**
   Code # **B-216**.  Did you plead guilty? ☐ Yes. ☒ No.

2. Lost earned credit time? ☐ No. ☒ Yes, I lost **90** days earned credit time.
   Was the loss of earned credit time suspended? ☒ No. ☐ Yes, it was suspended until: ___/___/___
   If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on ___/___/___

3. Demoted in credit class? ☐ No ☒ Yes, I was demoted from Class **A** to Class **B**.
   Was the demotion suspended? ☒ No ☐ Yes, it was suspended until: ___/___/___
   If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on: ___/___/___

4. Appealed to the Superintendent? ☐ No ☒ Yes, the result was: **Denied**

5. Appealed to the Final Reviewing Authority? ☐ No ☒ Yes, the result was: **Denied**

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ☒ No ☐ Yes, case number _____

7. Are you paying the $5.00 filing fee?

   ☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ☐ No, I have attached a separate Prisoner Motion to proceed In Forma Pauperis and a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now and I have received an average of less than $15.00 a month during the past six months.

1

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum

CAUTION: If you do not PRESENT EVERY GROUND IN THIS PETITION, YOU MAY BE BARRED FRFOM DOING SO LATER.]

GROUND ONE: [Briefly describe your claim.] Due Process Violation

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

Right to be heard by an impartial DHB officer. Mr. Thompson, the DHB officer, refused to let me speak, other than to say I was not guilty, and refused to accept and review evidence I brought to the hearing, specifically a grievance I'd filed against the PREA officer who was the one who intimidated and lied to me in order to get a confession, which was filed the same day of that interview, and which was the only evidence used to convict me of this offense. Mr. Thompson stated it's all lies, he didn't want to see anything I had, and that I was guilty.

Did you present Ground One to the Final Reviewing Authority? ☐ No ☒ Yes, because _____

GROUND TWO: [Briefly describe your claim.] Due Process Violation

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

I did not waive my right to a 24 hour notification of my hearing, and I was not notified until the day of my hearing - only a few hours beforehand, I was told by my Casemanager at the time, Ms. Price, that my hearing was to be on 08/29/23. (see enclosed copy of request form)

It ended up being 8/24/23; 5 days earlier. I was unprepared and caught off-guard and lied to.

Did you present Ground Two the Final Reviewing Authority? ☐ No ☒ Yes, because _____

GROUND THREE [Briefly describe your claim.] No witnesses and no evidence to support conviction

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

The only evidence used to convict was my own testimony, which had been given under duress, and which I was appealing and fighting to have removed. (See enclosed filed grievance). Three other eye-witness testamonies were given, including one from the other alleged inmate involved in the B-216, all claiming they were there and that nothing of the sort happened and that it was nothing more than a nasty rumor that got started. Which unfortunately happens all-to-often at this facility.

Did you present Ground Three to the Final Reviewing Authority? ☐ No ☒ Yes, because _____

**DOCUMENTS**

I have attached these documents from this disciplinary hearing: [Check all that apply.]

☒ Report of Conduct
☒ Screening Report
☒ Report of Disciplinary Hearing
☒ Letter from the Final Reviewing Authority
☒ Other relevant documents: Copy of Grievance filed against Ms. Kelly (PREA Investigator) and all three witness statements. Also copy of request form from Casemanager.

3

**RELIEF**

I ask for the following relief: To be reinstated the 90 days good time that was taken wrongfully from me, and the time I lost due to the credit class demotion.

_____ or any other relief to which I may be entitled.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on __10__ / __10__ / __2023__ at __1: 40__ am/pm.
[Do not fill in this date and time until you give this petition to the prison officials to send to the court]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any changes of address.

_____                    __292390__
Signature                                   Prisoner Number

SOUTH BEND, INDIANA 46601 – 2194